# Notice Recipients

District/Off: 0976–4  User: admin  Date Created: 10/22/2025
Case: 22–40254–NGH  Form ID: pdf071  Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Mark Romriell          14122 North 5th East       Idaho Falls, ID 83402
jdb         Rozlyn Price Romriell   14122 North 5th East       Idaho Falls, ID 83402

TOTAL: 2