## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In Re:

**MARK ROMRIELL and ROZLYN PRICE ROMRIELL,**

    Debtors.

Case No. 22-40254-NGH

### NOTICE OF TELEPHONIC STATUS CONFERENCE AND ORDER

    On November 4, 2025, this Court entered a Summary Order in which it ordered debtors' former counsel, Aaron J. Tolson, to disgorge $4,000 in fees debtors paid to him for services in connection with this bankruptcy case. Doc. No. 227. The Summary Order provided a deadline of November 21, 2025 by which Mr. Tolson was to pay those fees into the trust account of attorney Douglas K. Merkley. When Mr. Tolson failed to pay the funds, the Court conducted a status conference on December 22, 2025. At the conclusion of that hearing, the Court set the matter for further proceedings. Accordingly,

    NOTICE IS HEREBY GIVEN that the Court will conduct a continued status conference on **Monday, January 5, 2026** at **1:30 p.m.** Mountain Time using the following call in information:

        Judge Hillen's Conference Number: 1-669-254-5252
        Access Code: 160 5422 0978

NOTICE OF STATUS HEARING AND ORDER - 1

IT IS HEREBY ORDERED that Mr. Tolson shall file a status report on or before Friday, January 2, 2026, that either informs the Court that he has made the required payment or proposes a course of action to accomplish making the payment.

DATED:  December 22, 2025



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

NOTICE OF STATUS HEARING AND ORDER - 2